## Montgomery v. Land

June 23, 1950.

J. J. Winn, Judge

Robert H. Swartz, for appellant.

Lewis White, for appellee.

CLAY, COMMISSIONER—Affirming.

This is a motor vehicle collision case, both parties claiming property damage. The jury found both drivers negligent, and no recovery was allowed.

A motion to strike the bill of exceptions and transcript of evidence has heretofore been sustained. We have nothing before us but the pleadings and the judgment. The former support the latter.

The judgment is affirmed.